PROB 12C
(7/93)

Report Date: July 17, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fidel Antonio Mendez | Case Number: 0980 2:12CR06024-001 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: June 6, 2013 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison 33 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: To be determined | Date Supervision Commenced: October 28, 2014 |
| Defense Attorney: To be determined | Date Supervision Expires: October 27, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Mr. Mendez is considered in violation of his condition of supervision by failing to inform the Court or probation officer of travel to Hermiston, Oregon, on July 16, 2015, to attend an orientation for a job. Mr. Mendez admitted to his probation officer on July 17, 2015, of his travel out of the Eastern District of Washington. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Mendez is considered in violation of his condition of supervision by failing to appear for drug testing. Mr. Mendez was enrolled in the drug testing program through First Step Community Counseling Services on November 1, 2014. The defendant signed the substance abuse testing instructions form on October 29, 2014, stating he understood the requirements of the program. Mr. Mendez failed to appear for testing following notification on July 16, 2015. Mr. Mendez was contacted by his probation officer on July 17, 2015, in regards to his missed UA test. Mr. Mendez admitted to calling the |

Prob12C
**Re: Mendez, Fidel Antonio**
**July 17, 2015**
**Page 2**

testing phone number and that his color was called to report for testing; however, Mr. Mendez failed to report in for testing on that date.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/17/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

July 23, 2015
Date